[No. 3508.]

THE TOWN OF FLETCHER v. CHILDS.

*Per Curiam.*

This is an action for recovery upon two municipal bonds of the denomination of one thousand dollars each, bearing date July 1, 1891, issued by the incorporated town of Fletcher, now the Town of Aurora.

The precise matters involved in this case have been decided by the Supreme Court in *Hayden v. Town of Aurora,* Colo. 142, Pac. 183, and the opinion in that case renders any discussion of this case unnecessary.

In conformity with the said decision of the Supreme Court, the judgment of the District Court from which this appeal was taken is affirmed.

*Affirmed.*

[No. 3641.]

THE TOWN OF AURORA v. HAYDEN.

*Per Curiam.*

In obedience to the mandate of the Supreme Court, the decision and judgment of this court rendered July 8, 1912, is vacated, and the judgment of the District Court is affirmed.

*Affirmed.*